# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| GARY HOLLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:21-cv-00033-CDL |
| ST. FRANCIS HEALTH, LLC d/b/a ST. FRANCIS HOSPITAL, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice and, except as otherwise agreed, each party shall bear their own respective fees and costs.

Respectfully submitted this 8th day of October, 2021.

| | |
|---|---|
| */s/John F. Beasley, Jr.* | */s/Mark W. Peters* |
| John F. Beasley, Jr. (GA # 045010) | Mark W. Peters (TN # 18422) |
| JF BEASLEY, LLC | (admitted pro hac vice) |
| 31 North Main Street | Kenshandra T. Mitchell (TN # 038508) |
| P.O. Box 309 | (admitted pro hac vice) |
| Watkinsville, GA 30677 | Waller Lansden Dortch & Davis, LLP |
| Telephone: (706) 769-4410 | 511 Union Street, Suite 2700 |
| Facsimile: (706) 769-4471 | Nashville, TN 37219 |
| jfbeasley@jfbeasleylaw.com | Telephone: (615) 244-6380 |
| | Facsimile: (615) 244-6804 |
| Counsel for Plaintiff | mark.peters@wallerlaw.com |
| | kenshandra.mitchell@wallerlaw.com |
| | |
| | Robert C. Martin, Jr. (GA # 473886) |
| | J. Drew Brooks (GA # 733361) |
| | Hall Booth Smith, P.C. |
| | 1301 1st Avenue, Suite 100 |
| | Columbus, GA 31901 |
| | Telephone: (706) 243-6239 |

Facsimile: (706) 322-7747
rcm@hallboothsmith.com
DBrooks@hallboothsmith.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, I electronically filed the within and foregoing **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following counsel of record:

Mark W. Peters
Kenshandra Mitchell
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
mark.peters@wallerlaw.com
kenshandra.mitchell@wallerlaw.com

Robert C. Martin, Jr.
J. Drew Brooks
Hall Booth Smith, P.C.
1301 1st Avenue, Suite 100
Columbus, GA 31901
rcm@hallboothsmith.com
DBrooks@hallboothsmith.com

This 8th day of October, 2021.

JF BEASLEY, LLC

By: /s/ John F. Beasley, Jr.
John F. Beasley, Jr.
Georgia Bar No. 045010
jfbeasley@jfbeasleylaw.com

Counsel for Plaintiff